BEFORE THE THIRD DIVISION, MARCH 28, 1945

**No. 50067.**—Protests 37651–K, etc., of Tambara & Co. (San Francisco).

Opinion by CLINE, J. It was stipulated and agreed that the merchandise in question is the same in all material respects as that passed upon in *Mutual Supply Co.* v. *United States* (12 Cust. Ct. 136, C. D. 842), which record was admitted in evidence herein. In accordance therewith the merchandise was held dutiable as claimed.

**No. 50068.**—Protests 99854–K, etc., of Otto Roth & Co., Inc., et al. (New York).

Opinion by CLINE, J. In accordance with stipulation that certain of the cheeses were similar in all material respects to those the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstracts 42148 and 49269, the merchandise was held properly dutiable upon the basis of the net weight of the cheeses as returned by the Government weigher, less 2½ percent for coverings. Cheese stipulated to be the same in all material respects as that the subject of *United States* v. *Wheeler & Miller* (32 C. C. P. A. 22, C. A. D. 280) and *Wheeler & Miller* v. *United States* (6 Cust. Ct. 252, C. D. 475) was held properly dutiable at 5 cents per pound, but not less than 20 percent ad valorem, under paragraph 710 as modified by T. D. 48554.

**No. 50069.**—Protests 1818–K, etc., of Ungerer & Co., Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50070.**—Protests 87012–K, etc., of J. Berlage Co. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50071.**—Protests 90034–K, etc., of Geo. Lueders & Co., Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50072.**—Protests 100129–K, etc., of Magnus, Mabee & Reynard, Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.